UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

United States of America

VS.

One Urban Lot

CIVIL NO. 97-2848 (JAF)

RECEIVED & FILED
1999 AUG 30 AM 6:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| DESCRIPTION OF MOTION | | |
|---|---|---|
| DATE: | | |
| FILED: | DOCKET:# | Title: |
| ( ) Plffs | ( ) Defts | |
| ( ) Government | ( ) Other | |

**ORDER**

A s/c was held. The court discussed with counsel the pending motion to set aside the default and claim bar against claimant Salazar Gonzalez. Before deciding the motion, and in light of the fact that there is a substantial amount of money in excess of Doral mortgage's claim, the court strongly recommended that some settlement alternatives be considered. The court suggests that the excess be considered as partially due to claimant, the remnant being forfeited as required by law.

Parties granted 15 days to explore this alternative and to report.

c/a: Fgsto
     Pagan
     Medina
     Buchanan
8/30/99

8/27/99
DATE

JOSE ANTONIO FUSTE
U.S. DISTRICT JUDGE

(34)