UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

United States of America

VS.   CIVIL NO. 97-2848 (JAF)

BL-33 U.S. Levittown Lakes,
etc., et al.

## DESCRIPTION OF MOTION

DATE FILED: 9/8/99   DOCKET: # 35   Title: Motion Requesting Extension of Time

( ) Plffs   ( ) Defts
( ) Government   (X) Other

## ORDER

15 days (calendar) from today granted to conclude settlement negotiations.

DATE 10-1-99

JOSE ANTONIO FUSTE
U.S. DISTRICT JUDGE

RECEIVED & FILED
99 OCT -4 PM 1:57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

36

4