UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

United States of America
         VS.
BL-33 Urb. Levittown Lakes,
etc., et al.

CIVIL NO. 97-2848 (JAF)

## DESCRIPTION OF MOTION

DATE:
FILED:            DOCKET:#        Title:

( )Plffs          ( )Defts

( )Government     ( )Other

### ORDER

A Status Conference shall be held on February 1st, 2000, at 12:00 Noon, to dispose of pending matters.

2/1/2000
DATE

JOSE ANTONIO FUSTE
U.S. DISTRICT JUDGE