# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO





UNITED STATES OF AMERICA

       VS.                          CIVIL NO. __97-2848__ (JAF)

BL-33, URB. LEVITTOWN LAKES,
BO. SABANA SECA, TOA BAJA, P.R.,
ETC.

---

## DESCRIPTION OF MOTION

| DATE FILED: | DOCKET: | TITLE: |
|---|---|---|
| [] Plffs. | [] Defts. | |

---

## O-R-D-E-R

THE STATUS CONFERENCE SET FOR FEBRUARY 15, 2000 WAS NOT HELD. THE SAME SHALL TAKE PLACE ON **FEBRUARY 23, 2000, AT 12:00 NOON.**

---

__February 16, 2000__
DATE

_____
JOSE A. FUSTE
U.S. DISTRICT JUDGE