# The United States District Court
## District of Puerto Rico



| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| * | |
| PLAINTIFF, * | |
| VS. * | CV. 97-2848 (JAF) |
| * | |
| BL-33, URB. LEVITTOWN LAKES, | |
| BO. SABANA SECA, TOA BAJA, PR * | |
| DEFENDANT | |
| * | |

===============================

## ORDER

Status Conference of February 23, 2000 was not held. The same shall take place on March 7, 2000, at 12:00 noon.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 23rd day of February, 2000.

By: _____
Rebecca Agostini-Viana - Deputy Clerk

Scps to: 3

3

41