# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



UNITED STATES OF AMERICA

VS.

BL-33 URB. LEVITTOWN LAKES, ETC.,

CIVIL NO. __97-2848__ (JAF)

---

## DESCRIPTION OF MOTION

DATE FILED: 7/16/99  DOCKET: 28    TITLE: CLAIMANT'S MOTION TO SET ASIDE ENTRY OF DEFAULT

[ ] Plaintiff(s)   [X] Claimant
[ ] Defendant(s)

---

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: *Granted*

---

3/7/2000
DATE

JOSE ANTONIO FUSTE
U. S. DISTRICT JUDGE

(42)