UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

United States of America

vs.                                      CIVIL NO. 97-2848   (JAF)

BF-33 Urb. Levittown Lakes, etc.

RECEIVED & FILED
00 MAR -8 PM 12:10
U.S. DISTRICT COURT
SAN JUAN, P.R.

DESCRIPTION OF MOTION

DATE:
FILED:            DOCKET:#      Title:

( )Plffs           ( )Defts

( )Government      ( )Other

O R D E R

I strongly recommend a settlement in the neighborhood of 20,000 to 25,000. 20 days to inform.

7 March 2000
DATE

JOSE ANTONIO FUSTE
U.S. DISTRICT JUDGE

(43)