# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



UNITED STATES OF AMERICA

VS.

BL-33, URB. LEVITTOWN LAKES, ET AL

CIVIL NO. 97-2848(JAF)

RECEIVED & FILED
00 MAY 25 PM 3:13

## DESCRIPTION OF MOTION

**DATE FILED:** 04/25/00   **DOCKET #:** 47   **TITLE:** MOTION by Virgen Salazar to Extend discovery for 60 days

[ ] Plaintiff(s)
[ ] Defendant(s)
[x] Claimant

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: Granted. P.T. Conf scheduled for July 27, 2000 at 4:00 PM

Trial shall be held on Aug 2, 2000 at 9:30 AM.

5-23-00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE