# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



UNITED STATES OF AMERICA

    VS.

BL-33, URB. LEVITTOWN LAKES, ET AL

CIVIL NO. 97-2848(JAF)

---

### DESCRIPTION OF MOTION

| DATE FILED: 03/27/00 | DOCKET #: 44 | TITLE: MOTION by Virgen Salazar to Extend Time for 20 days to advise the court if settlement has been reached |
|---|---|---|
| [ ] Plaintiff(s) | | |
| [ ] Defendant(s) | | |

### O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

**OTHER:**

*As of today, the twenty days have elapsed*



5-23-00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

