IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



UNITED STATES OF AMERICA

    VS.

BL-33, URB. LEVITTOWN LAKES, ET AL

CIVIL NO. 97-2848 (JAF)

---

### DESCRIPTION OF MOTION

**DATE FILED:** 06/21/00   **DOCKET #:** 50   **TITLE:** MOTION by Virgen Salazar to Continue JT set for 8/2/00

[ ] Plaintiff(s)
[ ] Defendant(s)
[x] Claimant

### O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: _Denied. This is an older case and must be tried fast._

7-7-00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

51