UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | Civil No. 97-2848 (JAF) |
| v. | * | |
| BL-33, URB. LEVITTOWN, BO. SABANA SECA, TOA BAJA, P.R., etc., | * | |
| Defendant. | * | |

**J U D G M E N T**

The court notes Plaintiff's "Notice to the Court," filed July 28, 2000, and enters judgment endorsing the stipulations reached by the parties. The document containing said stipulations shall be filed with the court not later than August 4, 2000.

San Juan, Puerto Rico, this 28th day of July, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge

