# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO



RECEIVED & FILED
'00 JUL 31  AM 9:04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.



*United State of America*

VS.

*BL-33 Urb. Levittown, etc; etal.*

CIVIL NO. *97-2848* (JAF)

---

## DESCRIPTION OF MOTION

DATE FILED:          DOCKET:          TITLE:

[] Plffs.          [] Defts.

---

### O-R-D-E-R

Sc & P.T. conf held. Court
strongly recomends that claimant
pay the government 23,000 in 4 years
at the legal interest rate.
Parties to inform the court by July 28.

---

7/27/00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE