

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

        Plaintiff,

               CIVIL NO. 97-2848(JAF)

        v.

**BL-33, Urb. Levittown Lakes, Bo.
Sabana Seca, Toa Baja, PR**
ONE URBAN LOT, LOCATED AT NO. 33-BL
LEVITOWN LAKES URBANIZATION, SABANA
SECA SECTOR, TOA BAJA, MORE FULLY
DESCRIBED AT THE PROPERTY REGISTRY OF
THE COMMON-WEALTH OF PUERTO RICO AS
FOLLOWS:  URBANA: Solar marcado con
el #33 del bloque BL situado en la
Urbanizacion Levitown Lakes, barrio
Sabana Seca de Toa Baja, con un area
de 329.39 metros cuadrados, en lindes
por el: NORTE, en 23.00 metros con el
solar #32, SUR, en 23.393 metros
con el solar #34, ESTE, en 15.584
metros con los solares 22 y 21,
OESTE, en 8.50 metros y un arco de
4.507 metros con la calle Dr. Joaquin
Bosch segun plano calle 504. Enclava
una casa de cemento y bloques para
una familia.

Inscrita al en el Registro de la
Propiedad de Bayamón, Sección II, al
folio 6 del tomo 149; finca 9006.

        Defendant.

ORDER FOR CANCELLATION OF LIS PENDENS

    Upon motion by the plaintiff, and after having been duly advised

of all the facts, and after due deliberation, this Court hereby:

        ORDERS, ADJUDGES, AND DECREES

that the following lis pendens be canceled, upon the following described property:

> **BL-33, Urb. Levittown Lakes, Bo. Sabana Seca, Toa Baja, PR**
> ONE URBAN LOT, LOCATED AT NO. 33-BL LEVITOWN LAKES URBANIZATION, SABANA SECA SECTOR, TOA BAJA, MORE FULLY DESCRIBED AT THE PROPERTY REGISTRY OF THE COMMON-WEALTH OF PUERTO RICO AS FOLLOWS: URBANA: Solar marcado con el #33 del bloque BL situado en la Urbanizacion Levitown Lakes, barrio Sabana Seca de Toa Baja, con un area de 329.39 metros cuadrados, en lindes por el: NORTE, en 23.00 metros con el solar #32, SUR, en 23.393 metros con el solar #34, ESTE, en 15.584 metros con los solares 22 y 21, OESTE, en 8.50 metros y un arco de 4.507 metros con la calle Dr. Joaquin Bosch segun plano calle 504. Enclava una casa de cemento y bloques para una familia.
>
> Inscrita al en el Registro de la Propiedad de Bayamón, Sección II, al folio 6 del tomo 149; finca 9006.

It is further ordered that the Registrar of Property of the Registry of Bayamón, Section II, Puerto Rico, cancel the lis pendens herein described from the records of the Registry, insofar as it affects the real property herein above described.

In San Juan, Puerto Rico, this ⟨handwritten⟩ day of November, 2000.

JOSE A. FUSTE
UNITED STATES DISTRICT JUDGE

2